IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE T. CARR,

       Plaintiff,            No. CIV S-12-0492 CKD P

    vs.

STATE OF CALIFORNIA,

       Defendant.       ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.  Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

       Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: April 16, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/kly
carr0492.59